UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND BRYANT, ) | |
| ) | |
| Petitioner, ) | Case No. CV 09-4574 CBM (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| DOMINGO URIBE JR., ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondent. ) | |
| ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: 2/23/2010

Consuelo B. Marshall
United States District Judge